IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Travante-TyVaun: Tucker,**
In propria persona, sui juris,
Private American National,
Beneficiary of the Copyrighted Estate,
Domiciled in Florida,
Plaintiff,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES (DCF),**
Defendant.

Case No.: _____8:25-cv-2288-SDM-LSG_____

Judge:

AUG 27 2025 AM 11:34
FILED - USDC - FLMD - TPA

**EQUITY COMPLAINT FOR BREACH OF FIDUCIARY DUTY, BREACH OF CONTRACT, COPYRIGHT INFRINGEMENT, IDENTITY THEFT, AND OTHER EQUITABLE RELIEF**

**I. PRELIMINARY STATEMENT**
1. This action is brought under equity jurisprudence, invoking this Court's **original jurisdiction** under Article III of the Constitution, as well as the Court's power to **administer justice in equity** for harms not adequately addressed by law.
2. Plaintiff is a **private American National of the state of Illinois**, a **domiciliary of Florida**, and a **native American**, asserting rights under the **common law**, the **original Constitution for the united States of America (circa 1787)**, and **equity principles** protecting the rights of private individuals against trust mismanagement, identity theft, and unauthorized commercial use of private property.
3. Defendant, the **Department of Children and Families (DCF)**, a state agency, stands accused of **failing to perform fiduciary duties**, engaging in **unauthorized collection and misuse of securities**, violating **Plaintiff's right to contract**, and using **color of law** to usurp the rights of the Plaintiff.

**II. JURISDICTION AND VENUE**
4. Jurisdiction is proper in this Court pursuant to **28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1332 (diversity jurisdiction)**, and under **the Court's equitable powers**.
5. Venue is proper under **28 U.S.C. § 1391(b)** as the events giving rise to these claims occurred in the State of Florida.

**III. PARTIES**
6. Plaintiff, Travante-TyVaun: of the House of Tucker, is a **natural living man**, sui juris, **beneficiary of a private, copyrighted estate**, and a **Native American** claiming lawful nationality from Illinois and domicile in Florida.



7. Defendant, **Department of Children and Families (DCF)**, is a public agency of the State of Florida, acting under **color of state law,** and is responsible for fiduciary administration in cases involving minor children and public trusts.

## IV. FACTUAL ALLEGATIONS

8. Plaintiff asserts that a **valid tender** (promissory note) was submitted in accordance with UCC and common law tender rules.
9. Defendant failed to perform **fiduciary duties** related to the administration of trust assets and instead acted in breach of the implied and/or express contract governing Plaintiff's estate and private legal status.
10. Plaintiff alleges that DCF accessed or derived benefit from **Plaintiff's social security trust**, converting securities tied to Plaintiff's name and estate without lawful authority.
11. Such actions constituted **identity theft**, as Plaintiff's legal name, estate, and associated legal personality were used without consent to benefit the agency and its commercial operations.
12. Defendant acted **under color of law,** misrepresenting their authority by treating Plaintiff as a ward of the state, in direct violation of Plaintiff's **right to contract, self-determination,** and **nationality status**.
13. Further, Plaintiff's **copyrighted estate** (including name, image, legal personality) was used in violation of **17 U.S.C. § 501**, constituting **copyright infringement**.

## V. CLAIMS FOR RELIEF
### Count I – Breach of Fiduciary Duty
14. Plaintiff realleges paragraphs 1-13.
15. Defendant owed a fiduciary duty upon receiving the promissory note and failed to act in the best interests of the Plaintiff.
16. Such failure resulted in unjust enrichment, injury, and breach of equity.

### Count II – Breach of Contract
17. Plaintiff made a good faith tender of obligation; Defendant dishonored or ignored the tender.
18. Breach occurred when Defendant failed to recognize or process the obligation per contract and equity principles.

### Count III – Identity Theft / Unauthorized Use of Trust Estate
19. Defendant unlawfully accessed or monetized assets tied to Plaintiff's Social Security Number or estate.
20. Such actions constitute identity theft and unauthorized administration of a private trust.

### Count IV – Color of Law Violation
21. Defendant exceeded lawful authority by enforcing statutes or codes upon a private national outside the scope of their jurisdiction, in violation of constitutional protections.

### Count V – Copyright Infringement

22. Defendant utilized Plaintiff's copyrighted estate, including legal name and identifiers, for commercial gain without license or authorization.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court grant the following relief:

A. A **declaratory judgment** recognizing Plaintiff's status as a private American National and beneficiary of the copyrighted estate.

B. A finding that Defendant breached fiduciary duty and acted under color of law.

C. An **injunction** restraining further unauthorized use or administration of Plaintiff's estate.

D. **Restitution or disgorgement** of any funds or securities collected from Plaintiff's trust or estate.

E. **Damages** in the amount of $[insert amount], or as determined by the Court, for injury, infringement, and breach.

F. **Costs and attorney fees,** if any.

G. Any further **equitable relief** the Court deems just and proper.

## VII. VERIFICATION

I, Travante-TyVaun: Tucker, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: August 27, 2025
Respectfully submitted, *Travante-TyVaun: Tucker*
**Travante-TyVaun: Tucker**
In propria persona, sui juris
Private American National
PO Box 123 Gibsonton, FL (Non-Domicile)
tnl62029@gmail.com